*In re* CONFERENCIA JUDICIAL.

*Número:* EC-98-2          *Resuelto:* 27 de febrero de 1998

## CONVOCATORIA

Se convoca a los jueces del Tribunal General de Justicia y a las personas que son miembros de la Conferencia Judicial a la *Vigésima Primera Sesión Ordinaria de la Conferencia Judicial que habrá de* celebrarse el martes 28 de abril de 1998, desde las 8:30 A.M. hasta las 5:00 P.M.en el Hotel Caribe Hilton, en San Juan, Puerto Rico.

Durante la *Vigésima Primera Sesión Ordinaria de la Conferencia Judicial* se discutirá el Proyecto de Reglas para la Administración del Tribunal de Primera Instancia preparado por el Comité de Revisión de Reglas para la Administración del Tribunal de Primera Instancia.

Los Jueces Administradores, en consulta con sus compañeros magistrados, tomarán las medidas necesarias para que el mayor número de éstos pueda asistir a la Conferencia Judicial, sin afectar los calendarios de asuntos urgentes que deban ser atendidos durante estos días. Además, se tomarán las medidas de rigor para que las labores de investigación y de determinación de causa probable sean atendidas adecuadamente. El sistema de turnos correspondiente a este período será notificado con suficiente antelación a los Fiscales de Distrito y a las Comandancias de Zona de la Policía.

Se coordinará con la Directora Administrativa de los Tribunales la implantación de las medidas que sean nece-

sarias, a los fines de cumplir con lo dispuesto en el párrafo precedente.

*Regístrese y publíquese.*

Lo acordó el Tribunal y certifica la Subsecretaria del Tribunal Supremo.

(*Fdo.*) Carmen E. Cruz Rivera
*Subsecretaria del Tribunal Supremo*